IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,                    No. CIV S-04-0666 DFL KJM P

    vs.

E. S. ALAMEIDA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On May 18, 2005, the Magistrate Judge issued an order finding service of plaintiff's amended complaint appropriate for some, but not all of the defendants named in that complaint.  On December 5, 2005, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate judge's order of May 18, 2005 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 5, 2005 request for reconsideration is denied.

DATED: 4/6/2006

                                                                DAVID F. LEVI
                                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26