IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

       Plaintiff,                    No. CIV S-04-0666 DFL KJM P

   vs.

E.S. ALAMEIDA, et al.,

       Defendants.           ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On December 12, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Exum was returned unserved because "unable to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed December 13, 2004;

1

1    2. Within sixty days from the date of this order, plaintiff shall complete and
2 submit the attached Notice of Submission of Documents to the court, with the following
3 documents:
4        a. One completed USM-285 form for defendant Exum;
5        b. Two copies of the endorsed complaint filed December 13, 2004; and
6        c. One completed summons form (if not previously provided)
7 or show good cause why he cannot provide such information.
8 DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

elli0666.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,                          No. CIV S-04-0666 DFL KJM P

    vs.

E.S. ALAMEIDA, et al.,              NOTICE OF SUBMISSION

    Defendants.                    OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _One_    completed summons form

      _One_    completed USM-285 forms

      _Two_    copies of the _December 13, 2004_
                                Amended Complaint

DATED:

                                            Plaintiff