IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

    Plaintiff,                    No. CIV S-04-0666 DFL KJM P

  vs.

E.S. ALAMEIDA, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        On March 30, 2006, plaintiff filed a request for reconsideration[1] of the magistrate judge's order filed March 16, 2006, denying plaintiff's motion for summary judgment without prejudice to refiling . Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The court notes that the magistrate judge has now issued Findings and Recommendations related to the motion for preliminary injunction.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

////

---

[1] Plaintiff has entitled the document "objections."

1

1  magistrate judge filed March 16, 2006, is affirmed.

2  DATED: 5/9/2006

3

4

5  _____

6  DAVID F. LEVI
   United States District Judge

7  /elli0666.850

2