IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,               No. CIV S-04-0666 DFL KJM P

    vs.

E.S. ALAMEIDA, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983.

        By an order filed April 13, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copy of his December 13, 2004 amended complaint, which are required to effect service on the defendants. On April 20, 2006, plaintiff submitted the USM-285 form but failed to submit the December 13, 2004 amended complaint.

        Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall submit to the court the copy of the December 13, 2004 amended complaint required to effect service.

/////

1

1 | Failure to return the copy within the specified time period will result in a
2 | recommendation that this action be dismissed.
3 | DATED: May 16, 2006.
4 |
5 | _____
  | UNITED STATES MAGISTRATE JUDGE
6 |
7 |
8 |
9 |
10 | /mp
   | elli0666.8f
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |