IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS R. ELLINGTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>E. S. ALAMEIDA, et al.,<br><br>　　　　　　　　　Defendants. | 02:04-CV-0666 DFL KJM P<br><br>**ORDER** |

On May 24, 2006, Defendants filed a request to act in excess of time, *nunc pro tunc*, to respond to Plaintiff's interrogatories (Dr. Rohlfing), Plaintiff's First Set of Admissions (Dr. Rohlfing) and Plaintiff's First Set of Requests for Production. They explain that Plaintiff mistakenly included or otherwise attached the discovery as if exhibits to an opposition to an earlier motion, rather than serving it separately.

**IT IS SO ORDERED.** Defendants are granted thirty days from the date of this order to serve their responses to Plaintiff's discovery. Plaintiff is granted fifteen days from the receipt of Defendants' discovery responses to address such discovery. For all other discovery matters, June 16, 2006, shall remain the discovery deadline.

Dated: May 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1