IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,                    No. CIV S-04-0666 DFL KJM P

    vs.

E.S. ALAMEIDA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve a reply to defendants' response to plaintiff's June 12, 2006 cross-motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 21, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' response to plaintiff's June 12, 2006 cross-motion for summary judgment.

DATED: August 28, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

/mp elli0666.36