IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS R. ELLINGTON,<br><br>                              Plaintiff,<br><br>       v.<br><br>E. S. ALAMEIDA, et al.,<br><br>                              Defendants. | 02:04-CV-0666 DFL KJM P<br><br>**ORDER** |

On November 8, 2006, Defendants filed a request to vacate the scheduling order. Defendants explain that the parties' cross-motions for summary judgment are pending before this Court and it would be premature to be required to file pretrial statements and trial related documents at this time.

Good cause appearing, Defendants' request is granted and the scheduling order is hereby vacated.

**IT IS SO ORDERED.**

Dated:  November 14, 2006

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1