# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS R. ELLINGTON,<br><br>             Plaintiff,<br><br>     v.<br><br>E. S. ALAMEIDA, et al.,<br><br>             Defendants. | 02:04-CV-0666 DFL KJM P<br><br>**ORDER** |

On February 14, 2007, Defendant Exum requested an extension of time to file his reply to Plaintiff's opposition to Defendant's motion for summary judgment, his opposition to Plaintiff's cross-motion for summary judgment and respond to two other documents filed by Plaintiff. Defendant explains that Plaintiff merged his opposition to Defendant's motion with a cross-motion for summary judgment, causing confusion. He further explains that each document is large and at times, confusing. Defendant seeks to and including March 15, 2007, to file his reply, opposition and, if appropriate, respond to Plaintiff's other two documents.

**IT IS SO ORDERED.**

For good cause shown, Defendant's request is granted. Defendant shall file his reply, opposition and responses, if any, by March 15, 2007.

Dated: February 15, 2007

_____
U.S. MAGISTRATE JUDGE

Order

1