IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,                      No. CIV S-04-0666 DFL KJM P

    vs.

E.S. ALAMEIDA, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file a reply to the defendants' opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 14, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a reply.

DATED: March 30, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
elli0666.36(2)