1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                SACRAMENTO DIVISION

11

**MARCUS R. ELLINGTON,**                          02:04-CV-0666 DFL KJM P

                                    Plaintiff,     **ORDER**

          **v.**

**E. S. ALAMEIDA, et al.,**

                                    Defendants.

17      On April 20, 2007, Defendant Exum filed a motion for extension of time to file the

18  following documents: a reply brief to his Supplemental Motion for Summary Judgment, a reply

19  brief in support of his Supplemental Statement of Undisputed Fact, an Opposition to Plaintiff

20  Ellington's Motion to Strike, and any other briefs necessary to respond to Plaintiff's April 16,

21  2007 briefs.  Defendant Exum's counsel explained additional time is necessary to fully

22  understand the facts and issues raised by Plaintiff's recent pleadings, and to determine the

23  appropriate responses.

24          **FOR GOOD CAUSE SHOWN**, Defendant is granted an extension of time, up to and

25  including May 14, 2007, in which to file his responsive pleadings.

26  Dated:  May 3, 2007.

27          _____
                        U.S. MAGISTRATE JUDGE

28

*Order*
1