IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

    Plaintiff,                    No. CIV S-04-0666 JKS KJM P

   vs.

E.S. ALAMIEDA, et al.,

    Defendants.          <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file and serve an amended complaint pursuant to the court's order of February 22, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for an extension of time (docket no. 183) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an amended complaint.

DATED: April 3, 2008.

                                        U.S. MAGISTRATE JUDGE

/mp
elli0666.36