IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

      Plaintiff,                      No. CIV S-04-0666 JKS KJM P

  vs.

E.S. ALAMEIDA, et al.,

      Defendants.           <u>ORDER</u>

                          /

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 5, 2008, plaintiff's second amended complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed a third amended complaint.

         The third amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Service is appropriate for the following defendants: Sweeten and Barron.

         2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed September 22, 2008.

1

1    3. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3    a. The completed Notice of Submission of Documents;
4    b. One completed summons;
5    c. One completed USM-285 form for each defendant listed in number 1
6    above; and
7    d. Three copies of the endorsed third amended complaint filed September
8    22, 2008.
9    4. Plaintiff need not attempt service on defendants and need not request waiver of
10 service.  Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED:  February 3, 2009.

_____
U.S. MAGISTRATE JUDGE

2
elli0666.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,

      Plaintiff,                            No. CIV S-04-0666 JKS KJM P

   vs.

E. S. ALAMEIDA,                        <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                              Amended Complaint

DATED:

                                          _____
                                          Plaintiff