IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MARCUS R. ELLINGTON,**

Plaintiff,

v.

**E. S. ALAMEIDA, et al.,**

Defendants.

Case No. 2:04-cv-666 JAM KJM (PC)

**ORDER**

On January 4, 2010, Defendants filed a request for a sixty-day extension of time to file a dispositive motion.

For good cause shown, the Court grants Defendants' motion (docket no. 222) and extends the deadline for filing dispositive motions to Tuesday, March 9, 2010. In addition, the court vacates the remaining dates in the scheduling order of June 24, 2009 (docket no. 204), to be reset if necessary following resolution of dispositive motions. Finally, defendants are directed to file a response to plaintiff's motion to compel discovery (docket no. 217) within thirty days of the date of this order.

IT IS SO ORDERED.

DATED: January 7, 2010.

_____
U.S. MAGISTRATE JUDGE