UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. ELLINGTON,                )
                                    )
       Plaintiff,                   )   CASE NO. C04-cv-0666RSL-JLW
                                    )
       v.                           )
                                    )
E.S. ALAMEIDA, *et al.*,            )   ORDER DENYING MOTION FOR
                                    )   TRANSCRIPTS
       Defendants.                  )
_____)

This matter comes before the Court on plaintiff's "Motion for transcripts at Government Expense and, request for Transcript designation form." Dkt. # 251. Plaintiff seeks transcripts of "the dismissal of defendants at the start of the suit" and "the hearings wherein[] the court dismissed Defendant-Rohlfing . . . ." Motion at 1. The Court has reviewed the docket in the above-captioned matter and cannot find any record of a hearing. The claims against defendants were dismissed after consideration of Reports and Recommendations, the objections, thereto, and any responses: no oral argument or testimony was heard. Because no hearings were held that could have been transcribed, plaintiff's motion is DENIED.

The Clerk of Court is directed to send plaintiff a copy of the docket in the above-captioned matter.

DATED this 1st day of December, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR TRANSCRIPTS - 1